JOSEPH A. WELCH, ESQ. – SBN 119312
**LAW OFFICES OF JOSEPH A. WELCH**
828 University Avenue
Sacramento, California 95825
Telephone: (916) 444-5501
Facsimile: (916) 920-5505
E-mail: joewelchlaw@yahoo.com

Attorney for Plaintiffs, ROBERT PARKER MILTON and MARIA KRYSTINA MILTON

NOAH G. BLECHMAN (SBN 197167
Noah.blechman@mcnamaralaw.com
Amy S. Rothman (SBN 303133)
Amy.rothman@mcnamaralaw.com
McNamara, Ney, Beatty, Slattery, Borges & Ambacher, LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant CITY OF REDDING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PARKER MILTON and MARIA KRYSTINA MILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, REDDING POLICE DEPARTMENT, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134), and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00005-JAM-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B) AND/OR NOTICE FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(E)**<br><br>Date: April 16, 2019<br>Time: 1:30 P.M.<br>Dept. Ctrm 6-14th Floor<br>Judge: Hon. John A. Mendez |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AGREE AS FOLLOWS:

The Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B) and/or Notice for a More Definite Statement Pursuant to FRCP 12(E) is scheduled for April 2, 2019. Due to the Plaintiffs' counsel's unavailability due to a previously scheduled Preliminary Hearing in El Dorado County on April 2, 2019, the parties have agreed to continue Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B) and/or Notice for a More Definite Statement Pursuant to FRCP 12(E) to <u>April 16, 2019 at 1:30 P.M</u>.

DATED: March 5, 2019  By /s/ Joseph A. Welch
JOSEPH A. WELCH, ESQ.
Attorney for Plaintiffs, ROBERT PARKER MILTON and MARIA KRYSTINA MILTON

DATED: March 5, 2019  By /s/ Noah G. Blechman
NOAH G. BLECHMAN, ESQ.
Attorney for Defendant CITY OF REDDING

- 2 -
STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND/OR MORE DEFINITE STATEMENT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT PARKER MILTON and MARIA KRYSTINA MILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, REDDING POLICE DEPARTMENT, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134), and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-00005-JAM-DMC<br><br>**ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Having considered the Parties' Stipulation to Continue Defendants' Motion to Dismiss, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B) and/or Notice for a More Definite Statement Pursuant to FRCP 12(E) that is scheduled for hearing on April 2, 2019 at 1:30 P.M. is continued to April 16, 2019 at 1:30 P.M.

IT IS SO ORDERED.

Dated: 3/6/2019 /s/ John A. Mendez_____
Honorable John A. Mendez

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND/OR MORE DEFINITE STATEMENT