JOSEPH A. WELCH, ESQ. – SBN 119312
**LAW OFFICES OF JOSEPH A. WELCH**
828 University Avenue
Sacramento, California 95825
Telephone: (916) 444-5501
Facsimile: (916) 920-5505
E-mail: joewelchlaw@yahoo.com

Attorney for Plaintiffs, ROBERT PARKER MILTON and MARIA KRYSTINA MILTON

NOAH G. BLECHMAN (SBN 197167
Noah.blechman@mcnamaralaw.com
Amy S. Rothman (SBN 303133)
Amy.rothman@mcnamaralaw.com
McNamara, Ney, Beatty, Slattery, Borges & Ambacher, LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant CITY OF REDDING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PARKER MILTON and MARIA KRYSTINA MILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, REDDING POLICE DEPARTMENT, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134), and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00005-JAM-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B) AND/OR NOTICE FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(E)**<br><br>Date: May 7, 2019<br>Time: 1:30 P.M.<br>Dept. Ctrm 6-14th Floor<br>Judge: Hon. John A. Mendez |

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND/OR MORE DEFINITE STATEMENT

| | |
|---|---|
| 1 | THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF |
| 2 | RECORD, AGREE AS FOLLOWS: |

    The Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b)(6) and/or Notice for a More Definite Statement Pursuant to FRCP 12(e) is scheduled for April 16, 2019 at 1:30 P.M.

    On March 28, 2019, the parties met and conferred in an attempt to resolve the issues set for in Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b)(6) and/or Notice for a More Definite Statement Pursuant to FRCP 12(e). The parties have agreed to continue the hearing from April 16, 2019 to May 7, 2019 to allow Plaintiffs the opportunity to prepare an Amended Complaint that all parties can agree complies with the Federal Rules of Civil Procedure. In the event the parties reach an agreement, Plaintiffs' Amended Complaint must be filed on or before April 16, 2019. If the parties cannot reach an agreement, Plaintiffs' Opposition must be filed on or before April 16, 2019 and the scheduled hearing will go forward on <u>May 7, 2019 at 1:30 P.M.</u>

DATED: March 29, 2019                                            By   /s/ Joseph A. Welch         
                                                                                      JOSEPH A. WELCH, ESQ.
                                                                                      Attorney for Plaintiffs, ROBERT PARKER MILTON and MARIA KRYSTINA MILTON

DATED: March 29, 2019                                            By   /s/ Noah G. Blechman       
                                                                                      NOAH G. BLECHMAN, ESQ.
                                                                                      Attorney for Defendant CITY OF REDDING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PARKER MILTON and MARIA KRYSTINA MILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, REDDING POLICE DEPARTMENT, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134), and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-00005-JAM-DMC<br><br>**ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Having considered the Parties' Stipulation to Continue Defendants' Motion to Dismiss, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b) and/or Notice for a More Definite Statement Pursuant to FRCP 12(E) that is scheduled for hearing on April 16, 2019 at 1:30 P.M. is continued to May 7, 2019 at 1:30 P.M.

IT IS SO ORDERED.

Dated: March 29, 2019                  /s/ John A. Mendez_____
                                                          Honorable John A. Mendez

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND/OR MORE DEFINITE STATEMENT