JOSEPH A. WELCH, ESQ. – SBN 119312
**LAW OFFICES OF JOSEPH A. WELCH**
828 University Avenue
Sacramento, California 95825
Telephone: (916) 444-5501
Facsimile: (916) 920-5505
E-mail: joewelchlaw@yahoo.com

Attorney for Plaintiffs, ROBERT PARKER MILTON and MARIA KRYSTINA MILTON

NOAH G. BLECHMAN (SBN 197167
Noah.blechman@mcnamaralaw.com
Amy S. Rothman (SBN 303133)
Amy.rothman@mcnamaralaw.com
McNamara, Ney, Beatty, Slattery, Borges & Ambacher, LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant CITY OF REDDING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PARKER MILTON and MARIA KRYSTINA MILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134), and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00005-JAM-DMC<br><br>**STIPULATION AND ORDER TO FOR LEAVE TO AMEND TO FILE A FIRST AMENDED COMPLAINT AND VACATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B) AND/OR NOTICE FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(E)**<br><br>Date: May 7, 2019<br>Time: 1:30 P.M.<br>Dept. Ctrm 6-14th Floor<br>Judge: Hon. John A. Mendez |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF

- 1 -
STIPULATION AND ORDER FOR LEAVE TO AMEND AND VACATE DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| 1 | RECORD, AGREE AS FOLLOWS: |
| 2 | The parties have met and conferred to resolve the issues set forth in Defendants' Motion to |
| 3 | Dismiss Plaintiffs' Complaint. Plaintiffs' First Amended Complaint that has been approved by |
| 4 | Defendants' counsel in coordination with Defendants' Motion to Dismiss currently scheduled for |
| 5 | hearing on May 7, 2019. Plaintiff's First Amended Complaint is attached hereto as Exhibit "A". |
| 6 | Further the parties have agreed that Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant |
| 7 | to FRCP 12(b)(6) and/or Notice for a More Definite Statement Pursuant to FRCP 12(e) will be |
| 8 | vacated. |

DATED: April 17, 2019        By  /s/ Joseph A. Welch
                                JOSEPH A. WELCH, ESQ.
                                Attorney for Plaintiffs, ROBERT
                                PARKER MILTON and MARIA
                                KRYSTINA MILTON


DATED: April 17, 2019        By  /s/ Noah G. Blechman
                                NOAH G. BLECHMAN, ESQ.
                                Attorney for Defendant CITY OF
                                REDDING

| | |
|---|---|
| ROBERT PARKER MILTON and MARIA KRYSTINA MILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134), and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-00005-JAM-DMC<br><br>**ORDER TO FOR LEAVE TO AMEND TO FILE A FIRST AMENDED COMPLAINT AND VACATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B) AND/OR NOTICE FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(E)** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Having considered the Parties' Stipulation to for leave to amend and vacate Defendants' Motion to Dismiss, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

Plaintiffs are granted leave to amend their Complaint and file a First Amended Complaint. Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b) and/or Notice for a More Definite Statement Pursuant to FRCP 12(E) that is scheduled for hearing on May 7, 2019 at 1:30 P.M. is vacated.

IT IS SO ORDERED.

Dated: 4/18/2019                    /s/ John A. Mendez_____
                                     Honorable John A. Mendez