JOSEPH A. WELCH, ESQ. – SBN 119312
**LAW OFFICES OF JOSEPH A. WELCH**
828 University Avenue
Sacramento, California 95825
Telephone:  (916) 444-5501
Facsimile:  (916) 920-5505
E-mail:  joewelchlaw@yahoo.com

Attorney for Plaintiffs, ROBERT PARKER MILTON, MARIA KRYSTINA MILTON

NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF REDDING, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PARKER MILTON and MARIA KRYSTINA MILTON,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY OF REDDING, REDDING POLICE DEPARTMENT, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134), and DOES 1 through 100, Inclusive,<br><br>           Defendants. | Case No. 2:19-00005 JAM DMC<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE**<br><br>Judge:  Honorable John A. Mendez |

STIPULATION AND ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE – C19-00005-JAM-DMC

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's operative First Amended Complaint (ECF 17), the entire action, against all Defendants, with prejudice.  Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 23, 2020        LAW OFFICES OF JOSEPH A. WELCH

By:   /s/ Joseph A. Welch
      Joseph A. Welch, Esq.
      Attorneys for Plaintiffs

Dated:  April 23, 2020        MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:   /s/ Blechman, Noah G.
      Noah G. Blechman
      Attorneys for Defendants
      CITY OF REDDING, REDDING POLICE OFFICER JACOB PROVENCIO (#102), REDDING POLICE LIEUTENANT BRIAN BARNER (#603), REDDING POLICE OFFICER JOSHUA TRACY (#134)

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, and as allowed by Fed. R. Civ. P. 41(a)(i) and (ii):

This entire matter is hereby dismissed, in its entirety, with prejudice, each party to bear their own fees and costs.   The clerk shall close this matter.

**IT IS SO ORDERED**

Dated:  April 23, 2020

/s/ John A. Mendez
Hon. Honorable John A. Mendez
U.S. DISTRICT COURT JUDGE